# OFFICE OF THE
# CHIEF DISCIPLINARY COUNSEL

3335 AMERICAN AVENUE
JEFFERSON CITY, MO 65109-1079
(573) 635-7400   FAX (573) 635-2240

*SUPREME COURT OF MISSOURI*

March 5, 2007

In re:  John C. Hambrick, Jr.
MBE#28165
275 Mills Hollow Road
Branson, MO 65616

Enclosed Order of the Missouri Supreme Court dated February 27, 2007.



# Supreme Court of Missouri

## en banc

February 27, 2007

In Re: John C. Hambrick, Jr., )
)
Respondent. ) Supreme Court No. SC87892
) MBE #28165

### ORDER

Now at this day, the Court being sufficiently advised of and concerning the premises, and this cause having been fully briefed and argued by the parties, the Court does find that Respondent violated Rules 4-1.1, 4-1.3, 4-1.4, 4-1.5, 4-1.15, 4-3.3(a)(1), 4-3.3(a)(2), 4-5.5, 4-8.4(c), 4-8.4(d), and 5.27 of the Rules of Professional Conduct; and

Respondent was previously suspended from the practice of law by the Court on December 21, 2004, in Supreme Court Case No. SC86005;

The Court finds that Respondent is guilty of professional misconduct and should be further disciplined;

Now, therefore, it is ordered by the Court that the said John C. Hambrick, Jr., be, and he is hereby disbarred, that his right and license to practice law in the State of Missouri is canceled and that his name be stricken from the roll of attorneys in this State.

It is further ordered that the said John C. Hambrick, Jr., comply in all respects with Rule 5.27 - Notification of Clients and Counsel.

Costs taxed to Respondent.

Day - to - Day

_____
Michael A. Wolff
Chief Justice

STATE OF MISSOURI – SCT.:

*I, THOMAS F. SIMON, Clerk of the Supreme Court of Missouri, do hereby certify that the foregoing is a true copy of the order of said court, entered on the 27th day of February, 2007, as fully as the same appears of record in my office.*

IN TESTIMONY WHEREOF, *I have hereunto set my hand and affixed the seal of said Supreme Court. Done at office in the City of Jefferson, State aforesaid, this 27th day of February, 2007.*

______________________, Clerk

______________________, D.C.